Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of SOUTH CAROLINA

CIVIL CASE Division

| | |
|---|---|
| **SHIRLEY VERRETTE McIVER** | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| **VA UNITED STATES** - See a Page of 2 A | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

Received USDC Clerk, Florence, SC 2017 APR 18

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SHIRLEY VERRETTE McIVER |
| Street Address | 213 McCOY DRIVE |
| City and County | BENNETTSVILLE |
| State and Zip Code | SC 29515 |
| Telephone Number | HOME 843-454-1302 CELL 843-862-9367 |
| E-mail Address | |

*SHIRLEY VERRETTE McIVER ATTACHMENTS*

**ATTACHED FORM LIST DEFENDANTS:**

**PAGE 3 NUMBERS 5 & 6**

DR. POOMINA SHARMA ONCOLOGIST

WILLIAM JENNINGS BRYAN DORN VA MEDICAL CENTER

6439 GARNERS FERRY ROAD

COLUMBIA, SC 29209 (803) 776-4000

DR. PAUL LOWE MD, FAPA

FLORENCE VA PRIMARY CARE CLINIC

1822 SALLY HILL FARMS BLVD

FLORENCE, SC 29501 (843) 292-8383

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ELIZABETH SENGSTAKEN MD/VAMC |
| Job or Title *(if known)* | PRIMARY CARE PHYSICIAN VA MEDICAL CENTER |
| Street Address | 2300 RAMSEY STREET |
| City and County | FAYETTEVILLE |
| State and Zip Code | NC 28301 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | JENNIFER ACSELROD |
| Job or Title *(if known)* | RN/BSN MAMMOGRAM CONSULTOR |
| Street Address | 2300 RAMSEY STREET VA MEDICAL CENTER |
| City and County | FAYETTEVILLE |
| State and Zip Code | NC 28301 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | STEVEN W. ARLE |
| Job or Title *(if known)* | STAFF RADIOLOIST CAROLINA IMAGE |
| Street Address | 3628 CAPE CENTER DRIVE |
| City and County | FAYETTEVILLE |
| State and Zip Code | NC 28304-4406 |
| Telephone Number | 910-483-1321 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | DANIEL GORDON |
| Job or Title *(if known)* | MEDICAL DOCTOR CAROLINA IMAGE |
| Street Address | 3628 CAPE CENTER DRIVE |
| City and County | FAYETTEVILLE |
| State and Zip Code | NC 28304-4406 |
| Telephone Number | 910-483-1321 |

**SHIRLEY VERRETTE McIVER ATTACHMENTS**

**ATTACHED FORM LIST DEFENDANTS:**

**PAGE 3 NUMBERS 5 & 6**

DR. POOMINA SHARMA ONCOLOGIST

WILLIAM JENNINGS BRYAN DORN VA MEDICAL CENTER

6439 GARNERS FERRY ROAD

COLUMBIA, SC 29209 (803) 776-4000

DR. PAUL LOWE MD, FAPA

FLORENCE VA PRIMARY CARE CLINIC

1822 SALLY HILL FARMS BLVD

FLORENCE, SC 29501 (843) 292-8383

Page 2A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FTCA, SECTION 1346 (b) and 2671-2680, title 28 United States Code. Final Denial as of November 21,2016-Section 2401 (b), title 28, United States.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* SHIRLEY V. McIVER, is a citizen of the State of *(name)* SOUTH CAROLINA.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

*SHIRLEY VERRETTE McIVER ATTACHMENTS*

ATTACHED PRO Se PARTY'S ANWSERS TO RULE 26.01 INTERROGATORIES

QUESTION (D)

**HOPE L. SWAN**

U.S. DEPARTMENT OF JUSTICE

CIVIL DIVISION, TORTS BRANCH

FEDERAL TORT CLAIMS ACT STAFF

LEGAL ASSISTANCE CIVIL DIVISION TORTS BRANCH

(202) 461-4900

**MS. ANN GAVIN-LAWRENCE**

TORTS CLAIM REPRESENTATIVE

**PAMELA CREWE-ALLEN**

DEPUTY CHIEF COUSEL, TORTS

WASHINGTON, DC 20420

**MR. WILL A. GUNN**

DEPARTMENT OF VETERANS AFFAIRS

OFFICE OF THE GENERAL COUNSEL

810 VERMONT AVENUE, NW.,021 B

WASHINGTON, DC 20420

**MR. ROOSEVELT CHILDS PARALEGAL**

DEPARTMENT OF VETERANS AFFAIRS

OFFICE OF GENERAL COUNSEL, SOUTHEAST DISTRICT NORTH

1700 CLAIRMONT ROAD

DECATUR, GA 30033-4032

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        The defendant, *(name)* __ADDITIONAL PAGE ATTACHED__ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

   b.  If the defendant is a corporation
The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
THIRTY-FIVE MILLION

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I, SHIRLEY VERRETTE McIVER RESPECTFULLY ASK THE COURT TO SEE IN FAVOR OF MY REQUEST. THE EARLY FOLLOW-UP AND DETECTION OF CANCER WOULD HAVE SAVE LESS MEDICAL TREATMENT AND LIFE COMPLICATIONS. JENNIFER ACSELROD,RN BSN MAMMOGRAM CONSULTOR COMMENT "THERE IS NO SUSPION OF CANCER". ELIZABETH SENGSTAKEN MD/VA MC SAID "BENIGN FINDINGS".THESE EDUCATED PROFESSIONALS STEVE W. ARLE STAFF RADIOLOGIST AND DANIEL GORDON MD CHOOSE TO DECIDE WHAT FOLLOW-UP PROCEDURE WAS REQUIRED AFTER THE FIRST ABNORMAL MAMMOGRAPH SCREENING IN THE YEAR 2004 AT CAROLINA IMAGE IN FAYETTEVILLE, NC. IN 2007 DR. PAUL LOWE MD FAPA PRESCRIBED STERALINE AND DR. SHARMA POORNIA ONCOLOGIST PRESCRIBED TAMOXIFEN. IN 2009, I RECEIVED A LETTER THESE MEDICATIONS TOGETHER IN SOME WOMEN SHOW A RECURRANCE OF CANCER.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

EARLY DETECTION AND TREATMENT OF CANCER WOULD HAVE SAVED A BREAST MASTECTOMY; LYMPHNODE DISECTION SECONDARY MALIG METASTATIC OF NECK, LUNGS, LOW BACK, UPPER BACK, BONES AND ALL BODY LIFE FUNTIONS. DAMAGES ALSO CAUSED BY MEDICATIONS REPORTED. ALSO EXPEREICNG MENTAL DISORDERS AND HAVING ONGOING TREATMEENT FOR THE CANCER THAT HAS LEAD TO TERMINAL CANCER. I HAVE ENDURED PAIN AND SUFFERING AS WELL AS FAMILY TIME LOST. THE HARDSHIP INPACTED THE FAMILY, WHERE I LOST MY MOTHER IN 2009 FROM THE LIFE SENTENCE GIVEN TO ME AND LOST OF TIME WITH MY LOVE ONES.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-17-17

Signature of Plaintiff: *Shirley V. McIver*

Printed Name of Plaintiff: Shirley Verrette McIver

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|  |  |
|---|---|
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |